James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Mechanics Bank, a California Banking Corporation

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Nolan Juan Martinez and<br>Amanda Jean Martinez,<br>　　　　Debtor. | No. 2:19-bk-09893-DPC<br><br>Chapter 7 |
| Mechanics Bank, a California Banking Corporation,<br><br>　　　　Movant,<br><br>vs.<br><br>Nolan Juan Martinez and<br>Amanda Jean Martinez; and<br>Jill H. Ford, Trustee,<br><br>　　　　Respondents. | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

NOTICE IS GIVEN that movant, Mechanics Bank, a California Banking Corporation, a creditor herein, has filed a Motion for Relief from the Automatic Stay. The motion provides, in essence, that Mechanics Bank, a California Banking Corporation seeks to have the automatic stay of 11 U.S.C. Section 362(a) terminated and annulled to permit Mechanics Bank, a California Banking Corporation to exercise its rights of lien enforcement on the following described personal property:

　　　　2011 Honda Accord; VIN 1HGCP2F46BA149705

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

(the "collateral"). Mechanics Bank, a California Banking Corporation is owed a balance of $6,611.72. Mechanics Bank, a California Banking Corporation alleges in its motion that the value of the collateral, less the amount of debtor's exemption in the collateral, is not sufficient to satisfy the encumbrances on the collateral and there is no equity in the collateral for the debtor or the debtor's estate.

Any person opposing the motion shall file a written objection with the Clerk of the United States Bankruptcy Court, on or before 14 days from the date this notice is mailed. A copy of the objection must be mailed to the attorney for the movant, to the attorney for the debtor, and to the trustee at the following addresses:

| | |
|---|---|
| Attorney for Mechanics Bank, a California Banking Corporation: | James B. Ball<br>Ball, Santin & McLeran, PLC<br>2999 N. 44th Street<br>Suite 500<br>Phoenix, Arizona 85018 |
| Attorney for debtor: | Charles M. Leftwich, Jr.<br>Charles M. Leftwich ESQ<br>9225 E. Milagro Avenue<br>Mesa, AZ 85205-1116 |
| Trustee: | Jill H. Ford<br>P.O. Box 5845<br>Carefree, AZ 85377 |

If a party in interest timely objects to the motion in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the court may summarily enter an order approving the motion.

///

DATED this 29th day of August 2019.

By /s/ James B. Ball #007339
James B. Ball
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for Mechanics Bank, a California
Banking Corporation

COPIES of the foregoing mailed
This 29th day of August, 2019, to:

Nolan Juan Martinez and
Amanda Jean Martinez
12231 N. 19th Street
#144
Phoenix, AZ 85022
Debtor

Charles M. Leftwich, Jr.
Charles M. Leftwich ESQ
9225 E. Milagro Avenue
Mesa, AZ 85205-1116
Attorney for debtor

Jill H. Ford
P.O. Box 5845
Carefree, AZ 85377
Trustee

/s/ Amanda Kochheiser

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400