**SO ORDERED.**

**Dated: December 8, 2020**

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7 Proceedings** |
| | ) | |
| **NOLAN JUAN MARTINEZ and** | ) | **Case No. 2:19-bk-09893-DPC** |
| **AMANDA JEAN MARTINEZ,** | ) | |
| | ) | |
| **Debtors.** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |

On November 10, 2020, Chapter 7 Trustee Jill H. Ford ("Trustee") filed a Motion ("Motion") for Turnover of Bankruptcy Estate Property, Pursuant to 11 U.S.C. § 542. Notice of the Motion was given to Debtors and their counsel, Charles M. Leftwich, Jr. ("Mr. Leftwich"). See certificate of mailing at DE 38. Debtors failed to file a response to the Motion. On December 8, 2020, the Court entered an order approving the Motion. Mr. Leftwich has not sought to withdraw from representation of the Debtors.

**IT IS HEREBY ORDERED** that Mr. Leftwich appear before this Court at a hearing on **January 21, 2021 at 2:30 p.m.**, to show cause as to why he failed to appear on the Debtors' behalf concerning the Motion and why the Court should not order a complete or partial disgorgement of fees paid by Debtors to Mr. Leftwich. Appearances shall be made by video conference. The link is:

https://www.zoomgov.com/j/1601967686?pwd=bGdGUmJZNkFpZ0ZXNmNjQ0p3bmhrQT09

Meeting ID: 160 196 7686

Passcode: 847064

**IT IS FURTHER ORDERED** directing Mr. Leftwich to file a response to the Order to Show Cause no later than three business days prior to the hearing and explain why a response was not filed to the Motion or why Mr. Leftwich did not seek leave to withdraw as counsel for the Debtors.

| | |
|---|---|
| 1 | **DATED AND SIGNED ABOVE.** |
| 2 | |
| 3 | COPY of the foregoing mailed by the BNC |
| 4 | Charles M. Leftwich, Jr. |
| 5 | Law Counsel, LLC<br>2345 E. University Dr., Suite 2 |
| 6 | Mesa, AZ 85213 |
| 7 | Attorney for Debtors |
| 8 | Nolan Juan Martinez<br>Amanda Jean Martinez |
| 9 | 12231 N. 19th St. 144 |
| 10 | Phoenix, AZ 85022<br>Debtors |
| 11 | |
| 12 | Jill H. Ford<br>P.O. Box 5845 |
| 13 | Carefree, Arizona 85377<br>Chapter 7 Trustee |
| 14 | |
| 15 | Patrick T. Derksen<br>Witthoft Derksen, PC |
| 16 | 3550 N. Central Ave., Suite 1006<br>Phoenix, AZ 85012 |
| 17 | Attorneys for Trustee |
| 18 | U.S. Trustee |
| 19 | Office of the U.S. Trustee<br>230 N. First Ave., Suite 204 |
| 20 | Phoenix, AZ 85003 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |